# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **TERRY DARRAY BEST,** | ) |
| Petitioner, | ) |
| v. | ) Case No.1:22-cv-275-AMM-HNJ |
| **JOSEPH H. HEADLEY,** *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 8, on January 24, 2023, recommending that the court deny petitioner Terry Darray Best's § 2254 petition, Doc. 1, as untimely filed and dismiss his claims with prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Mr. Best's § 2254 petition, Doc. 1, is **DENIED** as untimely filed and his claims are **DISMISSED WITH PREJUDICE**. A final judgment will be entered.

**DONE** and **ORDERED** this 2nd day of March, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE